ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| R.A.M.B. Y SU ESPOSA N.B.D. AMBOS POR SI Y EN REPRESENTACION DE SU HIJO MENOR DE EDAD I.M.M.B.<br><br>APELANTES<br><br>V.<br><br>COLEGIO CATÓLICO NOTRE DAME, CORP. Y OTROS<br><br>APELADOS | KLAN202500147 | Apelación procedente del Tribunal de Primera Instancia, Sala de Superior de Caguas<br><br>Caso Número: SJ2023CV03776<br><br>Sobre:<br><br>INCUMPLIMIENTO DE CONTRATO |

Panel integrado por su presidenta, la Jueza Santiago Calderón, el Juez Cruz Hiraldo y la Juez Lotti Rodríguez.[1]

**SENTENCIA**

En San Juan, Puerto Rico a 12 de agosto de 2025.

Considerado el *Aviso Urgente de Desistimiento* presentado por la parte apelante el 12 de agosto de 2025, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 L.P.R.A. Ap. XXII-B, R. 83 (A), se ordena el archivo de este caso por desistimiento.

Notifíquese.

Lo acordó el Tribunal, y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Conforme la OATA-2025-069 del 7 de mayo de 2025, mediante la cual se asignó a la Juez Glorianne M. Lotti Rodríguez en sustitución del Hon. Abelardo Bermúdez Torres.